# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BilliardBush LLC,<br><br>Plaintiff,<br><br>v.<br><br>Handy Cane, LLC; Most Corporation<br><br>Defendants. | Civil Action No. 19-2106<br><br>**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW** |

Jeffrey Sturman of the law firm Sturman Law LLC, attorney for Plaintiff BilliardBush LLC, (herein referred to as "Plaintiff"), hereby requests permission from this Honorable Court to withdraw as counsel for Plaintiff in the above-captioned civil action and to immediately terminate further representation of Plaintiff in such action.

Permission to withdraw is sought because Plaintiff has decided to pursue the action with different counsel. Plaintiff's new counsel has already filed a Notice of Appearance.

For the reasons stated above, it is respectfully requested that this motion be granted.

Dated November 14, 2019       Respectfully submitted,

                                                              Jeffrey Sturman
Sturman Law, LLC
8700 E. Jefferson Ave. #371706
Denver, CO 80237
(720) 772-1724
federal_court_docket@sturmanlaw.com
*Attorney for Plaintiff BilliardBush LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court, to be served via the Court's ECF system on all counsel of record.

Dated: November 14, 2019

Respectfully submitted,
s/Jeffrey Sturman
Jeffrey Sturman
Sturman Law, LLC
8700 E Jefferson Ave. #371706
Denver, CO 80237
(720) 772-1724
federal_court_docket@sturmanlaw.com
*Attorney for Plaintiff BilliardBush LLC*